1  MICHAEL S. LAWSON (048172)
   City Attorney
2  JEFFREY CAMBRA (SBN 190295)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 B Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile: (510) 583-3660
   jeff.cambra@hayward-ca.gov
6
   Attorneys for Defendants
7  Officers Ormsby, Linteo, Riley,
   Olsen, Sergeant Vargas, Chief Lloyd Lowe (Retired),
8  and the City of Hayward.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11
   MICHAEL GRIFFITHS,                     Case No:. C 09 00035 MMC
12
              Plaintiff,                  ~~PROPOSED~~ ORDER
13
        -v-                               REQUEST TO EXCUSE ALL HAYWARD
14                                        POLICE OFFICERS AND CHIEF LLOYD
   OFFICERS ORMSBY, LINTEO, RILEY,        LOWE (RETIRED) FROM APPEARING
15 SERGEANT VARGAS, AND CHIEF LOWE        FOR MEDIATION
   (RETIRED), INDIVIDUALLY AND IN THEIR
16 CAPACITIES AS POLICE OFFICERS OF THE
   HAYWARD POLICE DEPARTMENT, JOHN        DATE:     JUNE 23, 2009
17 DOE, RICHARD ROE, THE CITY OF          TIME:     10:00 A.M.
   HAYWARD, ET AL.                        MEDIATOR: JAMES HODGKINS
18
19
20            Defendants,
                                      /
21
22      The City of Hayward has requested the appearance of Officers Ormbsy, Linteo, Riley,
23 Sergeant Vargas, and Chief Lowe (Retired) be excused from appearing at the mediation
24 scheduled for June 23, 2009 at 10:00 a.m. in the Oakland City Attorney's Office before James
25 Hodgkins.
26 ///
27 ///

Mr. Cambra contacted plaintiff's counsel, counsel for co-defendant Alameda County, and the mediator regarding this request. There is no objection to the court excusing the appearance of these parties.

The court finds there is good cause to excuse the appearance of the above listed parties.

IT IS SO ORDERED

DATED: 6-10-09

By: /s/ Wayne D. Brazil
Magistrate Judge Wayne D. Brazil

Griffiths v. Officers Ormsby, et al.
Case No. C-09-00035 MMC

2

Proposed Order Excusing the Hayward Police Officers